Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:        Clerk, U.S. Bankruptcy Court

Re:        UNDISTRIBUTED FUNDS

Case No.:  6:10-bk-50450-MJ

Debtor(s): CLARA B HYATT
           554 LORRAINE PL
           RIALTO, CA 92376

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| CLARA B HYATT<br>554 LORRAINE PL<br>RIALTO, CA 92376 | $56.06 |

Dated: 6/28/11

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

ROD DANIELSON, Check #: 0357307
Payee: US BANKRUPTCY COURT                                                                Date: Jun 27, 2011

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 1050450 | CLARA B HYATT | | 00000 | 56.06 | 0.00 | 56.06 |
| | | | TOTALS: | 56.06 | 0.00 | 56.06 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

CLARA B HYATT
BALANCE:   [0.00 Claim:00000]
ACCT:
PRINCIPAL: 56.06
CASE: 1050450
INTEREST: 0.00

16-4430
1220

**1st ENTERPRISE BANK**
TAKING A PERSONAL INTEREST IN YOU AND YOUR BUSINESS
818 West Seventh St., #220
Los Angeles, CA 90017

| CHECK NUMBER |
|---|
| 0357307 |

| CHECK DATE | AMOUNT |
|---|---|
| Jun 27, 2011 | *********56.06** |

VOID 45 DAYS FROM DATE

PAY  Fifty Six And 06 / 100 Dollars

TO THE ORDER OF  US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA  92501


Rod Danielson

⑈035730⑈7⑈  ⑆122044300⑆:  ⑈030⑈100078⑈